456 A.2d 1096

Commonwealth v. Davis a/k/a Dickey, Appellant.

Submitted Sep-

* This decision was reached prior to the death of Judge Price.

* This case was reassigned to the above named panel on October 21, 1982.

624

tember 14, 1982. Marilyn C. Zilli, Assistant Public Defender, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.